UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| DAVID A. ELLIOTT,<br><br>Petitioner<br><br>v.<br><br>JAMES A. YATES,<br><br>Respondent | CV 09-02199 TJH<br><br>ORDER RE:  CERTIFICATE<br>OF APPEALABILITY |
|---|---|

On January 3, 2013, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253, The Court has reviewed the matter.

IT IS HEREBY ORDERED.

☑   The Certificate of Appealability is **Granted**.  The specific issue(s) satisfy 28 U.S.C. § 2253(c)(2) as follows:

(1) Whether Petitioner's constitutional rights were violated when his request to admit the entire conversation between Petitioner and the police regarding entry into the motel room was denied by the trial court.

(2) Whether Petitioner's constitutional rights were violated by the trial court's use of his 1988 prior plea bargain to enhance his sentence under California's three strikes law.

☐   The Certificate of Appealability is **Denied** for the following reason(s):
　☐   There has been no substantial showing of the denial of a constitutional right.
　☐   The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
　☐   The appeal seeks to test the validity of the detention pending removal proceedings.

February 2, 2015

*Terry J. Hatter, Jr.*
United States District Judge